NO. 07-07-0280-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 5, 2007
_____

TEXAS DEPARTMENT OF PUBLIC SAFETY,

Appellant

V.

ROBERT AARON SANCHEZ,

Appellee
_____

FROM THE 111th DISTRICT COURT OF WEBB COUNTY;

NO. 2004-CVQ-001435-D2; HONORABLE RAUL VASQUEZ, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, by and through its attorney, has filed an unopposed motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice